**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**DIWAYNE ALAN BROWN #57592-177**        **CASE NO.  1:26-CV-00442 SEC P**

**VERSUS**                               **JUDGE TERRY A. DOUGHTY**

**WARDEN F C I POLLOCK**                 **MAGISTRATE JUDGE PEREZ-MONTES**


**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 9], the written and filed objections of *pro se* Petitioner, Diwayne Alan Brown ("Petitioner") [Doc. No. 10], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE,** subject to refiling should he disagree with the Board of Prison's determination in his petition for a *nunc pro tunc* designation.

MONROE, LOUISIANA, this 5th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE